

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:         In re American Fisheries, Inc., Relator

Appellate case number:     01-17-00026-CV

Trial court case number:    2013-29749

Trial court:                         157th District Court of Harris County

On January 11, 2017, relator, American Fisheries, Inc., filed a petition for writ of mandamus seeking to vacate the respondent trial judge's October 21, 2016 order quashing the depositions on written questions propounded by relator to Zong Dao Shao, Feng Shao, Sizhong Ge, and Jiahua Ma, and the November 11, 2016 order denying relator's motion for reconsideration of the prior order. Although relator's petition refers to a transcript of the November 11, 2016 hearing and several mandamus record tabs, it failed to file those records. Thus, the Court **ORDERS** relator, **within 10 days of the date of this order,** to file a supplemental mandamus record containing the November 11, 2016 hearing and the remainder of the record tabs. *See* TEX. R. APP. P. 52.7(a), (b).

With the petition, relator also filed an emergency motion for temporary relief seeking a stay of the February 6, 2017 trial pending disposition of this petition, with the required certificate of compliance. *See* TEX. R. APP. P. 52.10(a). Accordingly, the Court **grants** the relator's motion and **ORDERS** that the February 6, 2017 trial is **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the mandamus petition in this Court is finally decided or this Court otherwise orders the stay lifted. *See id.* Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

Finally, the Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See id.* 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                            ☑ Acting individually      ☐ Acting for the Court
Date: January 19, 2017